UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NESTOR ROBLES

Case No.: 19-18281
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, _____Chapter 7_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 23, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in real property known as 6117 Tyler Place, West New York, New Jersey 07033.
Market Value is $265,000.00

Liens on property: Subject to mortgage held by Select Portfolio Servicing, Inc. on which there is due approximately $335,000.00

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18281-JKS
Nestor W Robles                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jun 10, 2019
                               Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
```
db           +Nestor W Robles,    6117 tyler place,    West New York, NJ 07093-2209
518200863     MACYS,    PO BOX 8218,    Monroe, OH 45050
518200864    +MIDLAND FUNDING LLC,    320 EAST BIG BEAVER,    Troy, MI 48083-1271
518200865     P C RICHARD & SON/SYNCHRONY BANK,    PO BOX 960061,    Adin, CA 96006-1000
518200871    +TD BANK-TARGET CREDIT CARD,    PO BOX 1470,    MINNEAPOLIS, MN 55440-1470
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 00:31:53     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 00:31:49     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518200859    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 00:29:19     CAPITAL ONE BANK,
               PO BOX 30281,    Salt Lake City, UT 84130-0281
518200860    +E-mail/Text: bankruptcy@cavps.com Jun 11 2019 00:32:10     CAVALRY PORTFOLIO SVCS,
               500 SUMMIT LAKE DR,    STE 4A,    Valhalla, NY 10595-2323
518200861    +E-mail/Text: bncnotices@becket-lee.com Jun 11 2019 00:31:00     KOHLS PAYMENT CENTER,
               PO BOX 2983,    Milwaukee, WI 53201-2983
518200862    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:14     LOWE'S/SYNCHRONY BANK,
               P.O BOX 530914,    Atlanta, GA 30353-0914
518200866     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2019 00:42:19
               PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    SUITE 100,    Norfolk, VA 23502
518200868    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:14     SYNCHRONY BANK/GAP,
               PO BOX 105972,    Atlanta, GA 30348-5972
518200869    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:28:33     SYNCHRONY BANK/JCP,
               P.O BOX 960090,    Orlando, FL 32896-0090
518200867    +E-mail/Text: jennifer.chacon@spservicing.com Jun 11 2019 00:34:30
               Select Portfolio Servicing,    P.O BOX 65250,    Salt Lake City, UT 84165-0250
518200870    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:14     Synchrony Bank/TOYS R US,
               P.O BOX 965001,    Orlando, FL 32896-5001
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518200858      bank of america,    PO BOX 982238
                                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders,
               et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Luis A Alum    on behalf of Debtor Nestor W Robles ngallego@alumferrer.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4
```