| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nestor W Robles** | Social Security number or ITIN   xxx–xx–7509 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–18281–JKS | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nestor W Robles

8/1/19

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18281-JKS
Nestor W Robles                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Aug 01, 2019
                              Form ID: 318           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db            +Nestor W Robles,   6117 tyler place,   West New York, NJ 07093-2209
518200863      MACYS,   PO BOX 8218,   Monroe, OH 45050
518200864     +MIDLAND FUNDING LLC,   320 EAST BIG BEAVER,   Troy, MI 48083-1271
518200865      P C RICHARD & SON/SYNCHRONY BANK,   PO BOX 960061,   Adin, CA 96006-1000
518200871     +TD BANK-TARGET CREDIT CARD,   PO BOX 1470,   MINNEAPOLIS, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 00:28:57     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 00:28:53      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518200859    +EDI: CAPITALONE.COM Aug 02 2019 03:43:00     CAPITAL ONE BANK,   PO BOX 30281,
               Salt Lake City, UT 84130-0281
518200860    +E-mail/Text: bankruptcy@cavps.com Aug 02 2019 00:29:16     CAVALRY PORTFOLIO SVCS,
               500 SUMMIT LAKE DR,   STE 4A,   Valhalla, NY 10595-2323
518200861    +E-mail/Text: bncnotices@becket-lee.com Aug 02 2019 00:28:03     KOHLS PAYMENT CENTER,
               PO BOX 2983,   Milwaukee, WI 53201-2983
518200862    +EDI: RMSC.COM Aug 02 2019 03:43:00     LOWE'S/SYNCHRONY BANK,   P.O BOX 530914,
               Atlanta, GA 30353-0914
518200866     EDI: PRA.COM Aug 02 2019 03:43:00     PORTFOLIO RECOVERY,   120 CORPORATE BLVD,   SUITE 100,
               Norfolk, VA 23502
518200868    +EDI: RMSC.COM Aug 02 2019 03:43:00     SYNCHRONY BANK/GAP,   PO BOX 105972,
               Atlanta, GA 30348-5972
518200869    +EDI: RMSC.COM Aug 02 2019 03:43:00     SYNCHRONY BANK/JCP,   P.O BOX 960090,
               Orlando, FL 32896-0090
518200867    +E-mail/Text: jennifer.chacon@spservicing.com Aug 02 2019 00:29:55
               Select Portfolio Servicing,   P.O BOX 65250,   Salt Lake City, UT 84165-0250
518200870    +EDI: RMSC.COM Aug 02 2019 03:43:00     Synchrony Bank/TOYS R US,   P.O BOX 965001,
               Orlando, FL 32896-5001
                                                                                   TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518200858      bank of america,   PO BOX 982238
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders,
              et al dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John Sywilok   sywilokattorney@sywilok.com,  nj26@ecfcbis.com
              Luis A Alum   on behalf of Debtor Nestor W Robles ngallego@alumferrer.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 4